**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
**CLERK**

**TELEPHONE**
**(804) 916-2700**

January 26, 2017

Ms. Lisa A. Dolph
Clerk, Supreme Court of Delaware
Supreme Court Building
55 The Green
Dover, DE  19901

      Re:  Randy Coley v. DIRECTTV, Inc., No. 600, 2016
          No. 16-1920(L) (5:11-cv-00048-MFU)

Dear Ms. Dolph:

    Thank you for your letter of January 3, 2017.  The matter has been referred back to our panel of judges for a further order in accordance with Del. Sup. Ct. R. 41.

    Upon filing of the order, we will promptly transmit six certified copies to you, together with six copies of the petition, response, and any stipulations of facts.

    Please do not hesitate to contact me if I may be of further assistance.

                         Sincerely,

                         Patricia S. Connor

cc:    Patrick T. Jordan, Esquire
        Robert Ward Shaw, Esquire
        John Hugo Jamnback, Esquire
        James J. O'Keeffe, IV, Esquire